AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SOLOMON HARGROVE,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

AMENDED
JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV121-174
(Formerly CR118-004)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated May 11, 2022 adopting the Report and Recommendation of the Magistrate Judge as the Court's opinion, that Respondent's Motion to Dismiss is granted. Thus, Petitioner's motion filed pursuant to 28 U.S.C § 2255 is hereby dismissed; furthermore, Petitioner is denied a Certificate of Appealability in this case, and Petitioner is not entitled to appeal in forma pauperis. Judgment is entered in favor of the Respondent, and this case stands closed.

| 5/11/2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |



*Tara H. Burton*

(By) Deputy Clerk

GAS Rev 10/2020